

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2025

No. 04-25-00343-CR

**IN RE** George **MUNOZ Jr.**

Original Proceeding[1]

**ORDER**

Sitting:    Irene Rios, Justice
Lori Massey Brissette, Justice
Adrian A. Spears, Justice

Relator filed his petition for writ of mandamus requesting this court order respondent to hold a hearing on an alleged motion for DNA testing and motion for evidentiary hearing. Relator has attached a copy of the docket from the underlying proceeding indicating that motions have been filed but has not included certified or sworn copies of the motions evidencing the contents therein. *See* TEX. R. APP. P. 52.7(a). The court has determined that relator is not entitled to relief on the petition and record filed. The petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on July 23, 2025.

_____
Adrian A. Spears, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2015CR5575, styled *State of Texas v. George Munoz, Jr.*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Benjamin Robertson presiding.